UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
F I L E D

JUN 2 1 2018

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

ACTION NO.: 5:17-cv-485-KKC

RE: 624 Williams Road, Nicholasville, Kentucky 40356

UNITED STATES OF AMERICA     PLAINTIFF

vs.     **ORDER**

JOHN L. WILLIAMS; and

LASHONNA WILLIAMS
A/K/A LASHONNA T. WILLIAMS     DEFENDANTS

\* \* \* \* \*

Matthew R. Malone having been appointed Warning Order Attorney for John L. Williams, in this action on May 7, 2018 and having filed his Report and Motion for Attorney fees herein, IT IS HEREBY ORDERED AS FOLLOWS:

1. Said Warning Order Report is hereby accepted by the Court and Matthew R. Malone is discharged from any further responsibility in this action.

2. Payment in the amount of $237.28 ($200.00 for attorney services, plus $37.28 for expenses), shall be made to Matthew R. Malone for his investigation and report in the above matter.

This 21 day of June, 2018.

_Karen K. Caldwell_
United States District Judge
Eastern District of Kentucky,
Lexington Division